1  Steven Zinnel,   #66138-097

2  Federal Correctional Institution
   FPC Sheridan

3  P.O. Box 6000
   Sheridan, OR  97378-6000

**FILED**

AUG 0 9 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

4

5  Defendant in Pro Se

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            Case No.:  2:21-mc-00143-TLN-AC

12 |        Plaintiff,                     Criminal Case No.:  2:11-cr-00234-TLN

                                          STEVEN ZINNEL'S
13 |            v.                         REQUEST FOR JUDICIAL NOTICE
                                          IN SUPPORT OF STEVEN ZINNEL'S
14 | STEVEN ZINNEL,                        REQUEST FOR HEARING AND POSITION
                                          IN THIS GARNISHMENT CASE
15 |        Defendant and Judgment Debtor.

16

17 | DAVID ZINNEL, SUCCESSOR TRUSTEE
   | OF THE CASTANA TRUST, DATED
18 | MARCH 4, 2009,

19 |        Garnishee.

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

I

Defendant and alleged judgment debtor Steven Zinnel ("Zinnel"), pursuant to <u>Federal Rule of Evidence</u> Rule 201, hereby requests that the Court take judicial notice of the following facts and "New York Times" article:

1)  That in the criminal case entitled <u>United States v. Keith Raniere</u>, U.S.D.C. ED NY case number 18-cr-204-NGG, Plaintiff United States of America, by and through its Department of Justice attorneys, take the position that criminal forfeited funds in the criminal case will be used to pay defendant Keith Raniere's victims $3.4 million.

2)  The Court is Requested to Take Judicial Notice of the "New York Times" newspaper article entitled "Judge Orders Leader of Cultlike Group to Pay $3.4 Million to His Victims" published on July 21, 2021.  A copy of the "New York Times" article is attached hereto as Exhibit A.  The article ends with the following: "Prosecutors also wrote that they would ask that 'forfeited funds' be used for resitution."

Seeking justice,

Steven Zinnel

Dated: 8/2/21

2

# EXHIBIT

# "A"

NYT 7/2/21

# Judge Orders Leader of Cultlike Group to Pay $3.4 Million to His Victims

By COLIN MOYNIHAN

The clandestine branding cere-
monies at a suburban town in up-
state New York were intended to
leave scars that served as perma-
nent pledges of loyalty to Keith
Raniere, the leader of the cultlike
group Nxivm.

Women who joined a secretive
sect within Nxivm called the Vow,
or D.O.S., were held down on a ta-
ble as they recited the words
"Master, please brand me, it
would be an honor." Then, another
member of the sect would cauter-
ize Mr. Raniere's initials into their
skin.

But some women may now be
able to get rid of those scars. At a
federal restitution hearing on
Tuesday, a judge ordered Mr.
Raniere, who was convicted in
2019 of offenses including sex traf-
ficking and racketeering to pay a
total of $3.4 million to 21 victims,
with some of that money allocated
to women to have brandings re-
moved.

"Virtually all low-ranking mem-
bers of D.O.S. were victims of a
conspiracy" involving forced la-
bor, the judge, Nicholas G. Garau-

fis, of Federal District Court in
Brooklyn, said on Tuesday adding
that D.O.S. members were also di-
rected to perform sexual acts by
higher-ranking members.

Mr. Raniere was not present in
the courtroom but attended by
video from Arizona, where he is
serving a 120-year prison sen-
tence.

The sometimes contentious
proceeding on Tuesday resolved a
process that had mainly been hid-
den from public view. It serves to
usher in the court-related restitu-
tion phase.

D.O.S. members, known as
"slaves" were required to provide
to "masters" self-taken photos,
documents and testimony that
material was then used to coerce
D.O.S. and mental health care and
brand removal.

Keith Raniere

about $13 million. Judge Garaufis
said. They included D.O.S. mem-
bers, a business consultant who
worked with Nxivm, and mem-
bers of a family who fled the
fraud conspiracy.

As one point prosecutors that
recommended that the court
award restitution to 25 people.

Among those to whom Mr.
Raniere is being ordered to pay
restitution is Sarah Edmondson,
one of the first people to speak
publicly about the brandings. In
2017 she told The New York Times
that 12 people

Another four people are entitled
to restitution under a second law,
the Mandatory Victim Restitution

Judge Garaufis also said lower-
ranking D.O.S. members are
particularly entitled to the return of
their collateral and directed Mr.
Raniere to assist in that effort. But
that order was stayed until Mr.
Raniere's appeal of his conviction
is exhausted.

## CERTIFICATION OF SERVICE

By United States Mail

I hereby certify that at the time of service, I was over the age of 18.  I further certify that on _8/2/21_

I served a true and correct copy of the foregoing on:
AUSA Lynn Trinka Ernce
AUSA Kurt A. Didier
U.S. Attorney's Office, ED CA
501 I Street, Suite 10-100
Sacramento, CA  95814

Attorney for Plaintiff


K. Greg Peterson
K. Greg Peterson, A Professional Law Corporation
455 Capitol Mall, Suite 325
Sacramento, CA  95814

Attorney for Third-Party Claimant David Zinnel


by United States Mail, in a sealed envelope with the postage thereon fully prepaid, and then depositing the foregoing with prison authorities at FPC Sheridan, 27072 Ballston Road, Sheridan, OR  97378.

Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to a court, the court deems the pleading constrctively "filed" on the date it is signed.  Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010); Houston v. Lack, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Steven Zinnel, #66138-097
FPC Sheridan
P.O. Box 6000
Sheridan, OR  97378-6000