UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-mc-00143-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| STEVEN ZINNEL, | |
| Defendant. | |

This is a miscellaneous case brought by the United States of America to establish a continuing writ of garnishment against property in which Defendant-Debtor Steven Zinnel has an interest. The matter was referred to a United States Magistrate Judge pursuant to this Court's Local Rules.

On August 10, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 48.) Trustee David Zinnel has filed timely objections to the findings and recommendations. (ECF No. 52.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed August 10, 2021 are ADOPTED IN FULL;

2. Steven Zinnel's motion to quash the writ (ECF No. 21) is DENIED and Steven Zinnel's request for an evidentiary hearing (ECF No. 23) is DENIED.

Date: October 7, 2021

_____
Troy L. Nunley
United States District Judge