Steven Zinnel, #66138-097
Federal Correctional Institution
FPC Sheridan
P.O. Box 6000
Sheridan, OR 97378-6000

Defendant in Pro Se



FILED

NOV 02 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>Defendant and Judgment Debtor.<br><br>DAVID ZINNEL, SUCCESSOR TRUSTEE OF THE CASTANA TRUST, DATED MARCH 4, 2009,<br><br>Garnishee. | Case No.: 2:21-mc-00143-TLN-AC<br>Criminal Case No.: 2:11-cr-00234-TLN<br>STEVEN ZINNEL'S<br><u>NOTICE OF APPEAL</u>;<br><br>MOTION FOR APPOINTED COUNSEL;<br><br>MOTION FOR WAIVER OF APPEAL FILING FEE |

Notice is hereby given that STEVEN ZINNEL, the defendant and alleged debtor in the above-entitled action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order made by Judge Troy L. Nunley on October 7, 2021, but not entered in the Court's docket or mailed to Steven Zinnel until October 13, 2021, and reflected on the Court's docket as ECF no. 55.

Defendant Steven Zinnel is indigent and both the District Court and the Ninth Circuit Court of Appeals have previously authorized

appointed counsel and waiver of costs. Therefore, Steven Zinnel moves the Court for (1) the appointment of counsel on appeal and (2) waiver of appeal filing fee.

Defendant Steven Zinnel has been incarcerated for over eight (8) long and unjust years. Since the pendency of this case, Zinnel has been incarcerated in federal prison at FPC Sheridan, Oregon.

Steven Zinnel hereby gives notice and represents that he did not receive the Court's October 7, 2021 order, not mailed to Steven Zinnel until October 13, 2021, ECF #55, until October 22, 2021; a delay of fifteen (15) days. Further, Judge Troy L. Nunley's Order states that "Trustee David Zinnel has filed timely objections to the findings and recommendations. (ECF No. 52.) Steven Zinnel hereby gives notice and represents that he did not receive David Zinnel's "Objections," ECF # 52 and the first time Zinnel became aware of the filed objections was when Zinnel read Judge Nunley's October 7, 2021 Order on october 22, 2021.

Since the pendency of this case, Zinnel has notified the Court and Plaintiff's counsel many times of the massive problem of delay and obstruction of United States Mail delivery to inmates at FPC Sheridan and Zinnel's continued prejudice as a result in this garnishment case: ECF nos. 19, 26, 28, 37, and 54. The delay and obstruction of U.S. Mail is so bad, on July 6, 2021, Zinnel filed a Notice of Appeal giving notice that he manifested his intent to appeal from the district court's final judgment in this case

and any appealable order in this case. (see ECF #29).

_Steven Zinnel_                          Dated: 10/25/21

## CERTIFICATION OF SERVICE

I hereby certify that at the time of service, I was over the age of 18. I further certify that on 10/25/21 I served a true and correct copy of the foregoing on:

AUSA Lynn Trinka Ernce      K. Greg Peterson
AUSA Kurt A. Didier         L/O of K. Greg Peterson
U.S. Attorney's Office, ED CA    455 Capitol Mall, Suite 325
501 I Street, Suite 10-100      Sacramento, CA 95814
Sacramento, CA 95814

Attorney for Plaintiff         Attorney for Trustee David Zinnel

by United States Mail, in a sealed envelope with the postage thereon fully prepaid, and then depositing the foregoing with prison authorities at FPC Sheridan, 27072 Ballston Road, Sheridan, OR 97378.

Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to a court, the court deems the pleading constructively "filed" on the date it is signed. Robert v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010); Houston v. Lack, 487 U.S. 266, 270-271. 108 S.Ct. 2379, 101 L.Ed. 2d 245 (1988).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Steven Zinnel_                          Dated: 10/25/21