| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 21 2022 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

STEVEN ZINNEL,

    Defendant-Appellant,

 v.

DAVID ZINNEL, Trustee,

    Real-party-in-interest-Appellee.

No. 21-16892

D.C. No. 2:21-mc-00143-TLN-AC
Eastern District of California, Sacramento

ORDER

Before: TALLMAN, CHRISTEN, and NGUYEN, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of jurisdiction is granted (Docket Entry No. 8). *See* 28 U.S.C. § 1291; *United States v. Swenson*, 971 F.3d 977, 982 (9th Cir. 2020) (disposition order directing release of the garnished funds concludes garnishment writ proceeding). This appeal is dismissed for lack of jurisdiction.

All other pending motions are denied as moot.

**DISMISSED.**

DA/Pro Se