1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:21-mc-0143 TLN AC

12          Plaintiff,

13      v.                                  ORDER

14   STEVEN ZINNEL and DAVID ZINNEL,

15          Defendants.

16

17        Defendant and alleged Judgment Debtor Steven Zinnel, who is proceeding in pro se, has

18   filed a motion to transfer venue to the District of South Dakota, Western Division (Rapid City).

19   ECF No. 73.  Section 3004(b)(2) of Title 28 provides that "[i]f the debtor so requests, within 20

20   days after receiving the [required] notice…the action or proceeding in which the writ, order, or

21   judgment was issued shall be transferred to the district court for the district in which the debtor

22   resides."  28 U.S.C. § 3004(b)(2).  Mr. Zinnel references a related case in this district, in which he

23   filed a nearly identical motion, United States v. Steven Zinnel, 2:21-cv-0098-TLN-AC.  ECF No.

24   73 at 2.  In that case, Zinnel submitted a signed declaration stating that he is a resident of South

25   Dakota.  United States v. Steven Zinnel, 2:21-cv-0098-TLN-AC at ECF No. 180-1.

26        The court is satisfied that Mr. Zinnel is a resident of South Dakota and that this case

27   should be transferred pursuant to 28 U.S.C. § 3004(b)(2).  Accordingly, IT IS HEREBY

28   ////

1

1    ORDERED that this matter is transferred to the District of South Dakota, Western Division,

2    Rapid City.

3    DATED: September 30, 2025

4    _____
     ALLISON CLAIRE
5    UNITED STATES MAGISTRATE JUDGE

2